IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELISSA MCCULLARS,
    Plaintiff,

v.        CAUSE NO.  2:16-cv-00962 SMV/GBW

NEW MEXICO STATE POLICE, a division of the NEW MEXICO DEPARTMENT OF PUBLIC SAFETY; and CORY CRAYTON in both his individual and official capacities,
    Defendants.

## ORDER DISMISSING THE NEW MEXICO STATE POLICE AND CORY CRAYTON IN HIS OFFICIAL CAPACITY

THIS MATTER is before the Court upon parties' *Stipulated Motion Dismissing the New Mexico State Police and Cory Crayton in his official capacity* (filed as document number sixteen (16)) as parties in this case.

IT IS THEREFORE ORDERED that the NEW MEXICO STATE POLICE, a division of the New Mexico Department of Public Safety, and CORY CRAYTON in his official capacity only are HEREBY DISMISSED as parties in this matter.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/ W. Chris Nedbalek
W. Chris Nedbalek, for: Nedbalek Law Office, LLC
**Attorney for the Plaintiff**

Electronically approved (by email) on November 21, 2016
By Mark E. Komer, of Long, Komer & Associates, P.A.
**Attorney for Defendants**